| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Christopher Pete Christensen | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Nichole Maria Christensen | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ford Motor Credit**<br><br>Description of property securing debt: **2024 Ford F150**<br>**Leased vehicle subject to lease agreement with Ford Motor Credit**<br>**Buy out at the end of lease is approx. $53k** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Huntington Bank**<br><br>Description of property securing debt: **701 Broadmoor Blvd NE Rio Rancho, NM 87124 Sandoval County**<br>**Subject to Huntington Bank's lien of approx. $1.7m** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Keep current on payments without reaffirmation** | ■ No<br>☐ Yes |
| Creditor's **Huntington Bank** | ☐ Surrender the property. | ■ No |

| | | |
|---|---|---|
| name:<br><br>Description of property securing debt: **CPC Holdings, LLC - New Mexico LLC - holds title to commerical property located at 701 Broadmoor, Rio Rancho, NM - value based on recent appraisal - subject to Huntington Bank's lien of $3.4m 100 % ownership** | ☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Businses will continue to pay on debt** | ☐ Yes |
| Creditor's name: **Marriott Vacation Club**<br><br>Description of property securing debt: **Marriott Vacation Club Subject to lien held by MVC in the approx. amount of $30,832** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Pennymac Loan Services, LLC**<br><br>Description of property securing debt: **600 Tiwa Lane NE Rio Rancho, NM 87124 Sandoval County Subject to mortgage lien held by Pennymac in the approx. amount of $397231** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Keep current on payments without reaffirmation** | ☐ No<br>■ Yes |
| Creditor's name: **Roadrunner Account Services**<br><br>Description of property securing debt: **Polaris RZR Subject to lien held by Roadrunner Account Services** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Toyota Financial Services**<br><br>Description of property securing debt: **2026 Toyota Camry Hybrid VIN 4T1DAACL0TU256214 Subject to lien held by Toyota Financial in the approx. amount of $33,356** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Eagle Point Apartments** | ☐ No |

■ Yes

Description of leased Property: **Co-signed lease agreement for son's apartment**

Lessor's name: **Ford Motor Credit**

☐ No

■ Yes

Description of leased Property: **Lease of 2024 Ford 150 Truck**

Lessor's name: **MVC Trust Owner's Association**

■ No

☐ Yes

Description of leased Property: **Timeshare maintenance dues**

Lessor's name: **Verizon Wireless**

☐ No

■ Yes

Description of leased Property: **Cell phone contract**

**Part 3: Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X [signature] X [signature]

**Christopher Pete Christensen**
Signature of Debtor 1

**Nichole Maria Christensen**
Signature of Debtor 2

Date 11/13/26

Date 11-13-26