United States Bankruptcy Court
District of New Mexico

In re: Case No. 26-11525-j
Christopher Pete Christensen Chapter 7
Nichole Maria Christensen
Debtors

# CERTIFICATE OF NOTICE

District/off: 1084-1 User: admin Page 1 of 3
Date Rcvd: Nov 16, 2026 Form ID: 309A Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Pete Christensen, Nichole Maria Christensen, 600 Tiwa Lane NE, Rio Rancho, NM 87124-1509 |
| 4149437 | + | American Express Delta Express, PO Box 60189, City of Industry, CA 91716-0189 |
| 4149463 | + | Astrid Carrete, 1000 Lomas Blvd NW, Albuquerque, NM 87102-1945 |
| 4149447 | + | Eagle Point Apartments, 4501 Morris Street NE, Albuquerque, NM 87111-3790 |
| 4149448 | + | Eric Pacheco, DDS, 1125 Alameda Blvd NW, Albuquerque, NM 87114-1936 |
| 4149449 | | Gateway First Bank, 4198 S. Grand, Cherokee, OK 73728 |
| 4149451 | + | Irene Duford, 4070 W. White Canyon, San Tan Valley, AZ 85144-3707 |
| 4149452 | + | Kevin and Irene Duford, 4070 W. White Canyon, San Tan Valley, AZ 85144-3707 |
| 4149464 | | MVC Trust Owner's Association, P.O. Box 382056, Pittsburgh, PA 15250-8056 |
| 4149458 | | Regions Bank, P.O. Box 30122, Salt Lake City, UT 84130-0122 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: rholmes@davismiles.com | Nov 16 2026 21:43:24 | Ronald E Holmes, Davis Miles, PLLC, 2440 Louisiana Blvd, Suite 300, Albuquerque, NM 87110 |
| tr | | EDI: FYGONZALES.COM | Nov 17 2026 02:35:00 | Yvette J. Gonzales, Trustee, PO Box 1037, Placitas, NM 87043-1037 |
| smg | | EDI: NMTRD.COM | Nov 17 2026 02:35:00 | New Mexico Taxation & Revenue Department, Bankruptcy Unit, PO Box 50129, Albuquerque, NM 87181-0129 |
| ust | | Email/Text: USTPREGION20.OC.ECF@USDOJ.GOV | Nov 16 2026 21:44:00 | United States Trustee, PO Box 608, Albuquerque, NM 87103-0608 |
| 4149435 | + | Email/PDF: bncnotices@becket-lee.com | Nov 16 2026 21:58:41 | American Express, PO Box 60189, City of Industry, CA 91716-0189 |
| 4149436 | | Email/PDF: bncnotices@becket-lee.com | Nov 16 2026 21:58:58 | American Express Bonvoy, P.O. Box 60189, City of Industry, CA 91716-0189 |
| 4149438 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 16 2026 21:44:00 | Apple Card/GS Bank USA, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 4149439 | | EDI: WFFC | Nov 17 2026 02:35:00 | Bank of America, P.O. Box 660441, Dallas, TX 75266-0441 |
| 4149440 | | EDI: BANKAMER | Nov 17 2026 02:35:00 | Bank of America, P.O. Box 851001, Dallas, TX 75285-1001 |
| 4149441 | + | EDI: CAPITALONE.COM | Nov 17 2026 02:35:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 4149442 | | EDI: JPMORGANCHASE | Nov 17 2026 02:35:00 | Chase - Disney, P.O. Box 6294, Carol Stream, IL 60197-6294 |

| | | | | |
|---|---|---|---|---|
| 4149443 | | EDI: JPMORGANCHASE | Nov 17 2026 02:35:00 | Chase - Southwest Airlines, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 4149444 | + | EDI: CITICORP | Nov 17 2026 02:35:00 | Citi, PO Box 60734, City of Industry, CA 91716-0734 |
| 4149445 | | EDI: CITICORP | Nov 17 2026 02:35:00 | Citi - American Airlines, PO Box 60702, City of Industry, CA 91716-0702 |
| 4149446 | + | EDI: CITICORP | Nov 17 2026 02:35:00 | Citi - Costco, PO Box 60734, City of Industry, CA 91716-0734 |
| 4149428 | | Email/Text: EBNBKNOT@ford.com | Nov 16 2026 21:44:00 | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 4149429 | | Email/Text: bankruptcy@huntington.com | Nov 16 2026 21:44:00 | Huntington Bank, P.O. Box 1558 EA1W37, Columbus, OH 43216-1558 |
| 4149450 | | EDI: IRS.COM | Nov 17 2026 02:35:00 | Internal Revenue Service, Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4149453 | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2026 21:44:00 | Lightstream, P.O. Box 849, Wilson, NC 27894-0849 |
| 4149430 | | Email/Text: MVWBANKRUPTCY@MVWC.COM | Nov 16 2026 21:44:00 | Marriott Vacation Club, P.O. Box 382056, Pittsburgh, PA 15250-8056 |
| 4149454 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 16 2026 21:58:41 | Mohela/Navient, 633 Spirit of Saint Louis Blvd, Chesterfield, MO 63005-1006 |
| 4149456 | | EDI: NMTRD.COM | Nov 17 2026 02:35:00 | NM Taxation & Revenue Department, P.O. Box 8575, Albuquerque, NM 87198-8575 |
| 4149455 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 16 2026 21:44:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 4149431 | | Email/PDF: ebnotices@pnmac.com | Nov 16 2026 21:59:02 | Pennymac Loan Services, LLC, P.O. Box 4095, Carol Stream, IL 60197-4095 |
| 4149457 | ^ | MEBN | Nov 16 2026 21:32:40 | Presbyterian Healthcare Services, PO Box 27822, Albuquerque, NM 87125-7822 |
| 4149432 | + | Email/Text: bk@roadrunnerfinancial.com | Nov 16 2026 21:43:00 | Roadrunner Account Services, 5525 N. MacArthur Blvd Suite 660, Irving, TX 75038-2671 |
| 4149433 | | Email/Text: specialaccounts@sandia.org | Nov 16 2026 21:44:00 | Sandia Area Federal Credit Union, P.O. Box 18044, Albuquerque, NM 87185 |
| 4149459 | + | EDI: SALLIEMAEBANK.COM | Nov 17 2026 02:35:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 4149460 | | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 16 2026 21:58:25 | Sofi Bank, NA, P.O. box 654158, Dallas, TX 75265-4158 |
| 4149461 | | EDI: SYNC | Nov 17 2026 02:35:00 | Synchrony Bank/Sam's Club, P.O. Box 71711, Philadelphia, PA 19176-1711 |
| 4149434 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 16 2026 21:44:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 4149462 | + | EDI: VERIZONCOMB.COM | Nov 17 2026 02:35:00 | Verizon Wireless, Attn: Managing Agent, P.O. Box 5008, Wallingford, CT 06492-7508 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christopher Pete Christensen** (First Name, Middle Name, Last Name) | Social Security number or ITIN **xxx–xx–2963** |
| Debtor 2 (Spouse, if filing) | **Nichole Maria Christensen** (First Name, Middle Name, Last Name) | Social Security number or ITIN **xxx–xx–8269** |
| United States Bankruptcy Court | **District of New Mexico** | Date case filed for chapter **7** **11/13/26** |
| Case number: | **26–11525–j7** | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher Pete Christensen | Nichole Maria Christensen |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 600 Tiwa Lane NE<br>Rio Rancho, NM 87124 | 600 Tiwa Lane NE<br>Rio Rancho, NM 87124 |
| 4. | **Debtor's attorney**<br>Name and address | Ronald E Holmes<br>Davis Miles, PLLC<br>2440 Louisiana Blvd, Suite 300<br>Albuquerque, NM 87110<br>Contact phone 505–268–3999<br>Email rholmes@davismiles.com | Ronald E Holmes<br>(See Attorney address to left) |
| 5. | **Bankruptcy Trustee**<br>Name and address | Yvette J. Gonzales<br>Trustee<br>PO Box 1037<br>Placitas, NM 87043–1037 | Contact phone 505–771–0700<br>Email yjgllc@yahoo.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Pete V. Domenici U.S. Courthouse<br>333 Lomas Blvd. NW, Suite 360<br>Albuquerque, NM 87102 | Hours open 8:30 AM to 4:00 PM<br><br>Contact phone 505–415–7999/866–291–6805<br><br>Court Website www.nmb.uscourts.gov |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 16, 2026 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Zoom Video Meeting. Go to Zoom.us/join, Enter Meeting ID 659 019 1252, and Passcode 0805172275, OR Call 1–505–605–4528** |
| | | For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/16/27** |
| | **Deadline to File Certification About a Financial Management Course:**<br><br>• You must file a statement that you have completed the personal financial management course pursuant to Federal Rule of Bankruptcy Procedure 1007(c). | **Filing deadline: 2/16/27** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |